IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 17–06–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEREMIAH ROBERT KENDALL, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 33). Finding good cause appearing,

IT IS ORDERED the forfeiture action in the above-captioned case is DISMISSED.

DATED this 17th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court

1