

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMIAH ROBERT KENDALL, <br><br> Defendant. | CR 17–06–M–DLC <br><br> ORDER |

Counsel for Defendant Jeremiah Robert Kendall having filed an Unopposed Motion to Correct Clerical Error in Judgment, and finding good cause appearing,

IT IS ORDERED that the motion (Doc. 36) is GRANTED. A corrected judgment for JEREMIAH ROBERT KENDALL shall be prepared, pursuant to Fed. R. Crim. P. 36, to correct omission of the Court's recommendation that JEREMIAH ROBERT KENDALL participate in the Bureau of Prisons' 500-hour Residential Drug Treatment Program.

DATED this 19th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court