IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEREMIAH ROBERT KENDALL, Defendant. | CR 17–6–M–DLC ORDER |

Before the Court is the United States' Motion to Dismiss Revocation Petition. (Doc. 49.) Given the length of Defendant Jeremiah Robert Kendall's current custodial sentence with the State of Montana, the United States of America seeks dismissal of the current revocation petition. (*Id.*)

Accordingly, IT IS ORDERED the motion (Doc. 49) is GRANTED. The pending revocation petition (Doc. 44) is DISMISSED without prejudice.

IT IS FURTHER ORDERED THAT the arrest warrant issued along with this petition is QUASHED.

DATED this 19th day of April, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1